ZINTER, Justice
(concurring).
[¶ 79.] I join the opinion of the Court. I also agree with Justice Konenkamp’s observation that the ABA Standards for Imposing Lawyer Sanctions provide a helpful, discretionary framework for analysis in this and other discipline cases. Although we have not adopted those standards, we have referred to them for guidance in numerous decisions of this Court. See In re Discipline of Russell, 2011 S.D. 17, ¶ 49, 797 N.W.2d 77, 90; In re Discipline of Janklow, 2006 S.D. 3, ¶ 18, 709 N.W.2d 28, 34-35; In re Discipline of Ortner, 2005 S.D. 83, ¶ 49 n. 6, 699 N.W.2d 865, 880 n. 6; In re Discipline of Laprath, 2003 S.D. 114, ¶ 86 n. 4, 670 N.W.2d 41, 66 n. 4; In re Discipline of Mattson, 2002 S.D. 112, ¶ 57, 651 N.W.2d 278, 290; In re Discipline of Light, 2000 S.D. 100, ¶ 17, 615 N.W.2d 164, 168-69; In re Pier, 1997 S.D. 23, ¶ 8, 561 N.W.2d 297, 299; In re Discipline of Clog *931 gett, 1996 S.D. 21, ¶ 16, 544 N.W.2d 878, 881.